able. In *Village of Morgan Park v. Knopf*, 199 Ill. 444, 446, the court said, "There was no fraud or mistake of fact and if there was any mistake it was one of law, and the money having been voluntarily paid under such circumstances, no action would lie to recover it back. This rule, which is well settled as between individuals, has been extended to municipal corporations under similar circumstances. *People v. Foster*, 133 Ill. 496."

If there ever was any financial benefit derived from the illegal collection of taxes as a result of the illegal assessment that benefit went to the county which held the money in an interest-bearing account from the time collected in 1972 until after the United States Supreme Court decision in 1973. See Ill. Rev. Stat., 1972 Supp., ch. 120, par. 676.01.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY ZGLOBICKI, Defendant-Appellant.

(No. 73-13;

Third District—March 29, 1974.

Opinion by Mr. JUSTICE ALLOY.

Lyman Tieman, of Joliet, for appellant.

Martin Rudman, State's Attorney, of Joliet, for the People.